UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
09-CIV-20472-HOEVELER

**INSPIRATION YACHT CHARTERS, INC.,**
    Plaintiff,

v.

**INSPIRATION YACHT CHARTERS, II, INC.,**
**and ALLIED MARINE, LLC**
    Defendants

_____/

## ORDER

BEFORE the Court is the defendant Inspiration Yacht Charters II's motion to dismiss this case, or for consolidation with a related case and realignment of the parties.

There two cases pending before this Court arising out of the same set of facts concerning an unsuccessful yacht sale from the yacht seller, Inspiration Yacht Charters, to the yacht buyer, Inspiration Yacht Charters II. The seller and the buyer both contend the other side breached the contract and both sides seek the $690,000 security deposit that the buyer previously paid to the escrow agent, Allied Marine, LLC. In one case, the seller sues the buyer; in the other case, the buyer sues the seller. The escrow agent is named as a defendant in both cases.

This case, civil action no. 09-20472, was the first lawsuit addressed this Court. It was filed on February 24, 2009, and the Court held a hearing on plaintiff Inspiration Yacht Charter's motion for a preliminary injunction on March 10, 2009. At the hearing, which was attended by counsel for all parties, the case

1

was referred to a magistrate judge for a settlement conference, which was unsuccessful.

The other lawsuit, civil action no. 09-80405 (the so-called "West Palm Beach action"), was filed by the buyer against the seller in Palm Beach County Circuit Court on February 19, 2009. The case was removed to federal court on March 10, 2009 and assigned to Judge Marra. This Court signed an order accepting transfer of the case on March 18, 2009.

In arguing that the West Palm Beach case should be the lead case in a consolidate action, Inspiration Yacht Charters II draws attention to the "first filed" rule. The Court, however, does not find the application of this principal particularly useful in a situation where both cases are pending before the same federal judge, and the allegedly "second filed" case was, in fact, the first case addressed to that judge. Instead, the Court views Inspiration Yacht Charters, Inc. v. Inspiration Yacht Charters, II, Inc., civil action no. 09-20472, as the lead case, being the first case before this Court and the one in which the Court has already held a hearing and made numerous rulings. The parties are correct, however, that allowing both cases to proceed separately would be incredibly inefficient. Thus, the Court finds that Inspiration Yacht Charters, II, Inc. v. Inspiration Yacht Charters, Inc., civil action no. 09-80405, should be consolidated into the civil action 09-20472 and the consolidated action shall proceed under the case caption Inspiration Yacht Charters, Inc. v. Inspiration Yacht Charters, II, Inc. and Allied Marine, LLC, civil action no. 09-

2

20472. The defendants may assert counterclaims or cross-claims in the consolidation action within a reasonable amount of time following this order.

**IT IS ORDERED:**

1. The defendant's motion to dismiss, or for consolidation and realignment of the parties [DE 27], is DENIED;

2. Civil action no. 09-80405 is hereby consolidated with civil action 09-20472, which will proceed as the lead case, with Inspiration Yacht Charters as the plaintiff and Inspiration Yacht Charters, II and Allied Marine as the defendants in the consolidation action. The defendants are given a reasonable amount of time to file cross-claims and counter-claims, as necessary.

**DONE AND ORDERED** in chambers, Miami, Florida, ~~April~~ May 1, 2009.

WILLIAM M. HOEVELER
UNITED STATES DISTRICT COURT JUDGE